# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARRELL BERRY AND CONSTANCE
LAFAYETTE

VERSUS

WELLS FARGO BANK, NA,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM (MERS),
LSF10 MORTGAGE HOLDINGS,
LLC, DEAN MORRIS, L.L.C.,
CANDANCE A. COURTEAU,
SPECIALIZED LOAN SERVICING,
LLC (SLS), U.S. BANK TRUST
NATIONAL ASSOCIATION AS
TRUSTEE FOR LSF10 MASTER
PARTICIPATION TRUST, FAY
SERVICING, LLC, CALIBER HOME
LOANS, INC., DOES I THROUGH
100 INCLUSIVE, ET AL

NO. 2024 CW 1191

FEBRUARY 24, 2025

---

In Re:    Darrell Berry and Constance Lafayette, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 724405.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT GRANTED WITH ORDER.** Plaintiffs filed two notices of appeal with the district court, on July 25, 2024 and August 30, 2024, and the district court signed two orders of appeal in connection with these motions. More specifically, the September 17, 2024 order of appeal provides that plaintiffs are appealing all judgments, including the judgments in favor of defendants. At this time, only one appeal has been lodged with this court. This writ is granted for the sole purpose of instructing the district court to lodge with this court the appeals of the remaining judgments for which the order(s) of appeal were granted.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT